**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **DATA ENGINE TECHNOLOGIES LLC** | § § § § | Civil Action No.: 6:13-cv-00580 |
| | § | **JURY TRIAL DEMANDED** |
| **Plaintiff,** | § § | |
| v. | § § | |
| **SAP AMERICA, INC. and SAP AG** | § § § § | |
| **Defendants.** | § | |

## AMERICAN VEHICULAR SCIENCES LLC'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Data Engine Technologies LLC ("Data Engine") by and through its undersigned counsel, states as follows:

The parent company of Data Engine Technologies LLC is Acacia Research Group LLC and the parent company of Acacia Research Group LLC is Acacia Research Corporation, a public company.

DATED: August 14, 2013          Respectfully submitted,

**AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI & MENSING, P.C.**

 /s/ *Alisa Lipski*
Amir Alavi
Texas Bar No. 00793239
aalavi@azalaw.com
Demetrios Anaipakos
Texas Bar No. 00793258
danaipakos@azalaw.com
Alisa Lipski
Texas Bar No. 24041345
alipski@azalaw.com
1221 McKinney Street, Suite 3460
Houston, Texas 77010
Telephone: 713-655-1101
Facsimile: 713-655-0062

T. John Ward, Jr.
Texas Bar No. 00794818
jw@wsfirm.com
Wesley Hill
Texas Bar No. 24032294
wh@wsfirm.com
WARD & SMITH LAW FIRM
1127 Judson Road
Suite 220
Longview, Texas 75601
Telephone: (903) 757-6400
Facsimile:  (903) 757-2323

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

   I hereby certify that a true and correct copy of the above and foregoing document has been filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by mail on this the 14th day of August 2013.


        /s/ *Alisa Lipski*
        Alisa Lipski

4843-1610-4213, v. 1